IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRI GWINN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:20-cv-00485-M |
| v. | § § | |
| AFFILIATE ASSET SOLUTIONS LLC, | § § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Notice of Dismissal with Prejudice (ECF No. 11), filed by Plaintiff Terri Gwinn. The Notice includes a Proposed Order, so the Court will treat it as a Motion. Plaintiff requests dismissal with prejudice "pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)." *Id.* Rule 41(a)(1)(A)(i) applies, however, only if the Plaintiff files a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant filed an Answer on April 27, 2020 (ECF No. 6), before Plaintiff filed the Notice of Dismissal (ECF No. 11), so Rule 41(a)(1)(A)(i) does not apply here.

Nevertheless, the Court will GRANT the Motion under Rule 41(a)(2), which allows the Court to dismiss claims "at the plaintiff's request . . . on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Based on Plaintiff's representation that the parties reached a settlement agreement (ECF No. 9), and Plaintiff's request to dismiss her claims with prejudice, the Court finds that dismissal is appropriate. Plaintiff's claims are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED**.

July 9, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE